UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  17-cv-61500-BLOOM/Valle

JANET HOYT,

    Plaintiff,
v.

SWVP SAWGRASS MILLS, LLC,

    Defendant.
_____/

## ORDER REQUIRING VERIFIED CERTIFICATE OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record.  The Complaint alleges violations by the Defendant of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181. *et seq*.  Counsel for Plaintiff shall file a verified statement reflecting:

    1.  Whether or not counsel has conducted a search of case filings in the records of the Clerk of the United States District Court for the Southern District of Florida to ascertain whether Defendant or Defendant's property have ever been sued <u>prior to the filing of this suit</u> for alleged violations for the same, similar, or any, violations of the ADA.  If such a search was not made prior to filing suit, counsel shall conduct such a search of the records prior to responding to this order and indicate the results of such search.

    2.  If there has been a prior suit of the nature referred to in the above paragraph, counsel shall state the present status of that litigation, pending, and, if not pending, the nature of the disposition (i.e., settlement, dismissal, other).

    3.  If there was such litigation and it was disposed of by settlement, counsel shall furnish to the Court specific details of the settlement, including any agreement for attorney's fees and

Case No. 17-cv-61500-BLOOM/Valle

costs, either known to him or her or ascertainable by him or her with reasonable inquiry.  Copies of these documents shall be furnished with the response to this order.  Counsel shall also inform the Court of whether Defendant (and/or property owned by Defendant and the subject matter of this suit) has complied with any settlement agreement and, if not, what actions Defendant must take to comply with the settlement agreement entered into in the prior litigation.

4.  Counsel shall state what efforts were taken by the parties to the prior litigation to enforce the terms of any settlement, agreement entered into in any prior litigation.  Namely, counsel shall indicate whether the property owner made any of the necessary repairs to the property to try to bring it into compliance with the ADA, and, if not, what efforts the parties in the prior litigation have taken to enforce the settlement agreement entered into in that prior litigation.

It is therefore **ORDERED AND ADJUDGED** that Plaintiff's counsel shall file a verified response to this Order on or before **August 18, 2017**.  If counsel fails to file the required response, the Court may dismiss the case.

**DONE AND ORDERED** in Miami, Florida this 28th day of July, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record